# UNITED STATES DISTRICT COURT

_____ District of _____

DALE SYLVARIA

V.

COASTLINE ELDERLY SERVICES, INC.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03cv 12446 EFH

TO: (Name and address of Defendant)

COASTLINE ELDERLY SERVICES, INC.
1646 PURCHASE STREET
NEW BEDFORD, MA 02740

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

STEPHEN T. FANNING, ESQ.
305 SOUTH MAIN STREET
PROVIDENCE, RI 02903
401-272-8250

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE: DEC 0 4 2003

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | 1-15-04 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| EDWIN J SEMPER JR | Federal Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served AFS Michael D Habib 38 Rock St Fall River Mass

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 40 | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1-15-04
            Date

Signature of Server: Edwin J Semper Jr

Address of Server: 29 Mathew Dr Johnston RI

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.