UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

DALE SYLVARIA,
                    Plaintiff

              v.
                                   CIVIL ACTION NO.:
                                       03-12446-EFH

COASTLINE ELDERLY SERVICES, INC.,
                    Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## FINAL PRETRIAL CONFERENCE ORDER

May 12, 2004

HARRINGTON, S.D.J.

      The parties in the above-entitled case having conducted an Initial Scheduling Conference pursuant to Fed.R.Civ.P. 16(b) and Local Rule 16.1, the Court orders that the Final Pretrial Conference be held in Judge Harrington's courtroom (No. 19 on the 7th floor) at 2:00 P.M. on  Tuesday, March 1, 2005  .

      SO ORDERED.

                                                    /s/ Edward F. Harrington
                                                   EDWARD F. HARRINGTON
                                                   United States Senior District Judge