UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

DALE SYLVARIA
    Plaintiff

v.                                  C.A. NO. 03-12446-EFH

COASTLINE ELDERLY SERVICES, INC.,
    Defendant

## JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Plaintiff, Dale Sylvaria ("Sylvaria") and Defendant Coastline Elderly Services, Inc. ("Coastline") submit the following proposed pre-trial schedule and discovery plan in accordance with Local Rule 16.1(D).

A.    DISCOVERY PLAN

The Parties propose the following with respect to the discovery schedule and the filing of dispositive motions.

    (i)    Discovery on all issues should be completed by December 31, 2004, ; the Parties do not deem it necessary to conduct phased discovery at this time;

    (ii)    There shall be no changes to Fed. R. Civ. P. 30(a), 31, 33 and 34 with respect to the discovery events described in those rules;

    (iii)    All dispositive motions should be filed with Court on or before January 31, 2005;

    (iv)    The parties request a pre-trial conference by March 1, 2005, and a trial date by May 1, 2005.

B.    <u>TRIAL BY MAGISTRATE JUDGE</u>

Pursuant to Local Rule 16.1(B)(3), the Parties consent to trial by magistrate judge.

C.    <u>CERTIFICATION OF CONFERENCE</u>

Counsel for the Plaintiff hereby certifies that he has conferred with his client with a view to establishing a budget for the costs of conducting the full course of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs. Plaintiff's certification signed by Plaintiff will be filed at the conference or under separate cover.

Counsel for the Defendant hereby certifies that he has conferred with his client with a view to establishing a budget for the costs of conducting the full course of the litigation and to consider the resolution of the litigation through the use of alternative dispute resolution programs. Defendant's certification signed by a representative of Defendant will be filed at the conference or under separate cover.

The parties reserve the right to supplement this statement should it become necessary to do so.

Respectfully Submitted,

| | |
|---|---|
| Dale Sylvaria,<br>By Her Attorney,<br><br>*[signature]*<br><br>Stephen T. Fanning #542343<br>305 South Main Street<br>Providence, RI 02903<br>401-272-8250<br>401-272-4520 (FAX) | Coastline Elderly Services, Inc.<br>By Their Attorney,<br><br>*[signature]*<br><br>Daniel S. Hendrie # 230360<br>Hendrie & Hendrie<br>38 Rock St.<br>Fall River, MA 02720<br>508-674-1960<br>508-674-2189 (FAX) |

CERTIFICATION OF DEFENDANT AND COUNSEL

We, the undersigned, affirm that we have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course ------- and various alternative courses ------- of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

_/s/ Daniel S. Hendrie_      _/s/ Charles M. Sisson_, EXEC DIRECTOR
Daniel S. Hendrie     CHARLES N. SISSON
Counsel for the Defendant     Authorized representative
Hendrie & Hendrie     of the Defendant
38 Rock Street     Coastline Elderly Services,
Fall River, MA  02720     Inc.
(508) 674-1960     1646 Purchase Street
BBO #: 230360     New Bedford, MA  02740

Dated: May 11, 2004