UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB 15 P 12: 24

U.S. DISTRICT COURT
DISTRICT OF MASS

DALE SYLVARIA
    Plaintiff

v.                                                        C.A. NO. 03-12446-EFH

COASTLINE ELDERLY SERVICES, INC.,
    Defendant

## STIPULATION OF DISMISSAL

The parties to the above-referenced action hereby stipulate that this matter may be dismissed with prejudice, each party to bear its own fees and costs.

Dale Sylvaria,
By Her Attorney,

_(signature)_
Stephen T. Fanning #542343
305 South Main Street
Providence, RI 02903
401-272-8250
401-272-4520 (FAX)

Coastline Elderly Services, Inc.
By Their Attorney,

_(signature)_
Daniel S. Hendrie # 230360
38 Rock St.
Fall River, MA 02720
508-674-1960
508-674-2189 (FAX)